■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ZELMA F. ACOSTA-RUBIO, Admitted on August 6, 1990, at a Term of the Appellate Division, First Department. [675 NYS2d 526] —The above-named respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective May 28, 1998. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. *[See,* 230 AD2d 366.]